HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN C. GUZMAN, | Case No.: 5:18-cv-06694-SVK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

On November 26, 2019 this Court issued an order reversing the final decision of the Defendant, Andrew Saul, the Commissioner of Social Security (Commissioner), with a remand for a rehearing, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FOUR THOUSAND FIVE HUNDRED EIGHTY-FOUR AND TWENTY ($4,584.20) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to

1

the offset provisions of the EAJA.  However, this award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees and costs.  Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel").  Pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA is entered, the Government will determine whether they are subject to offset.  Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Counsel.

Accordingly, Defendant agrees to pay Plaintiff $4,584.20 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing.  This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: February 24, 2020         SACKETT AND ASSOCIATES

             By:    /s/ *HARVEY P. SACKETT*
                HARVEY P. SACKETT
                Attorney for Plaintiff
                RUBEN C. GUZMAN

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

| | | |
|---|---|---|
| Dated: February 25, 2020 | | DAVID L. ANDERSON<br>United States Attorney |
| | By: | /s/BEN PORTER<br>BEN PORTER<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>[*As authorized by email on 2/24/20] |

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: February 26, 2020

*/s/ Susan van Kuelen*
HON. SUSAN VAN KUELEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)